UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ADVOCACY & RELIABILITY, a nonprofit organization,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH LEE SALAZAR, as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; DAN ASHE, as Director of the UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR; RENNE LOHOEFENER, as Regional Director of the UNITED STATES FISH AND WILDLIFE SERVICE, PACIFIC SOUTHWEST REGION, UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　　Defendants.<br>_____/ | NO. CIV. 2:11-2511 WBS KJN<br><br>ORDER RE: MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

1

1           Because oral argument will not be of assistance to the
2  court in ruling on plaintiff's motion for leave to file a First
3  Amended Complaint, the hearing date of February 27, 2012, is
4  VACATED pursuant to Local Rule 230(g) and the court will take the
5  motion under submission without oral argument.
6           Rule 15(a) provides that parties may amend their
7  pleadings "only with the opposing party's written consent or the
8  court's leave.  The court should freely give leave when justice
9  so requires."  Fed. R. Civ. P. 15(a)(2).  As a general matter,
10 leave to amend should be granted with "extreme liberality."  <u>DCD
11 Programs, Ltd. v. Leighton</u>, 833 F.2d 183, 186 (9th Cir. 1987)
12 (citation omitted).  "Four factors are commonly used to determine
13 the propriety of a motion for leave to amend.  These are: bad
14 faith, undue delay, prejudice to the opposing party, and futility
15 of amendment."  <u>Id.</u>  "The party opposing amendment bears the
16 burden of showing prejudice."  <u>DCD Programs</u>, 833 F.2d at 187.
17          Defendants do not oppose plaintiff's motion for leave
18 to file a First Amended Complaint.  (Unopposed Mot. for Leave to
19 File First Am. Compl. at 1:21-23 (Docket No. 11).)  The court
20 will therefore grant plaintiff's motion for leave to amend its
21 Complaint.
22          IT IS THEREFORE ORDERED that plaintiff's motion for
23 leave to file a First Amended Complaint be, and the same hereby
24 is, GRANTED.
25          Plaintiff shall file its amended complaint, a copy of
26 ///
27 ///
28 ///

which was attached as an exhibit to its motion, within ten days of the date of this Order.

DATED:  February 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE