UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ADVOCACY & RELIABILITY, a nonprofit organization,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH LEE SALAZAR, as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; DAN ASHE, as Director of the UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR; RENNE LOHOEFENER, as Regional Director of the UNITED STATES FISH AND WILDLIFE SERVICE, PACIFIC SOUTHWEST REGION, UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants.<br>_____/ | NO. CIV. 2:11-2511 WBS KJN<br><br><u>ORDER RE: MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT</u> |

1

        Because oral argument will not be of assistance to the court in ruling on plaintiff's motion for leave to file a First Amended Complaint, the hearing date of February 27, 2012, is VACATED pursuant to Local Rule 230(g) and the court will take the motion under submission without oral argument.

        Rule 15(a) provides that parties may amend their pleadings "only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires."  Fed. R. Civ. P. 15(a)(2).  As a general matter, leave to amend should be granted with "extreme liberality."  <u>DCD Programs, Ltd. v. Leighton</u>, 833 F.2d 183, 186 (9th Cir. 1987) (citation omitted).  "Four factors are commonly used to determine the propriety of a motion for leave to amend.  These are: bad faith, undue delay, prejudice to the opposing party, and futility of amendment."  <u>Id.</u>  "The party opposing amendment bears the burden of showing prejudice."  <u>DCD Programs</u>, 833 F.2d at 187.

        Defendants do not oppose plaintiff's motion for leave to file a First Amended Complaint.  (Unopposed Mot. for Leave to File First Am. Compl. at 1:21-23 (Docket No. 11).)  The court will therefore grant plaintiff's motion for leave to amend its Complaint.

        IT IS THEREFORE ORDERED that plaintiff's motion for leave to file a First Amended Complaint be, and the same hereby is, GRANTED.

        Plaintiff shall file its amended complaint, a copy of

///
///
///

1  which was attached as an exhibit to its motion, within ten days
2  of the date of this Order.
3
4  DATED:  February 2, 2012

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE