BRENDA W. DAVIS
CA State Bar No. 133087
THE BRENDA DAVIS LAW GROUP
1990 3rd Street, Suite 400
Sacramento, CA. 95811
Telephone: (916) 341-7400
Facsimile: (916) 341-7410
bdavis@bwdlawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY & RELIABILITY, a nonprofit organization<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LEE SALAZAR, as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; DAN ASHE, as Director of the UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR; RENNE LOHOEFENER, as Regional Director of the UNITED STATES FISH AND WILDLIFE SERVICE, PACIFIC SOUTHWEST REGION, UNITEDSTATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No.:  2:11−CV−02511−WBS −KJN<br><br>**[~~PROPOSED~~ ORDER] PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE AND DATE FOR FILING SCHEDULING REPORT**<br><br>Date: April 2, 2012<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

[PROPOSED ORDER] Unopposed Motion For Continuance Of Scheduling Conference And Date For Filing Scheduling Report                    2:11−CV−02511−WBS −KJN

**ORDER**

APPROVED AND SO ORDERED. Pursuant to Fed. R. Civ. P. 6 and Local Rule 144 Plaintiff Center for Environmental Science, Accuracy & Reliability's (formerly Council for Endangered Species Act Reliability) ("CESAR") unopposed motion to continue the April 2, 2012 Scheduling Conference and extend the date for filing of the Joint Scheduling Conference Statement is hereby GRANTED.

FURTHER, the Pretrial Scheduling Status Conference hearing currently set for April 2, 2012 at 2:00 p.m. in Courtroom 5 is hereby CONTINUED to **May 14, 2012 at 2:00 p.m.** A Joint Status Report shall be filed no later than **April 30, 2012**.

DATED THIS 19th Day of March 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2012, I electronically filed the foregoing PROPOSED ORDER using the CM/ECF system, which will send notification of such to the attorneys of record in this matter.

THE BRENDA DAVIS LAW GROUP

/s/ Leah Zabel