UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY & RELIABILITY, a nonprofit organization,<br><br>            Plaintiff,<br><br>     v.<br><br>KENNETH LEE SALAZAR, as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; DAN ASHE, as Director of the UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES DEPARTMENT OF INTERIOR; RENNE LOHOEFENER, as Regional Director of the UNITED STATES FISH AND WILDLIFE SERVICE, PACIFIC SOUTHWEST REGION, UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>            Defendants,<br>_____/ | NO. CIV. 11-2511 WBS KJN |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

///

1

1           After reviewing the parties' Joint Status Report, the
2  court hereby vacates the Status (Pretrial Scheduling) Conference
3  scheduled for May 14, 2012.
4           I.   SERVICE OF PROCESS
5           The named defendants have been served and no further
6  service is permitted without leave of court, good cause having
7  been shown under Federal Rule of Civil Procedure 16(b).
8           II.  JOINDER OF PARTIES/AMENDMENTS
9           No further joinder of parties or amendments to
10 pleadings will be permitted except with leave of court, good
11 cause having been shown under Federal Rule of Civil Procedure
12 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604
13 (9th Cir. 1992).
14          III. JURISDICTION/VENUE
15          Jurisdiction is predicated upon 28 U.S.C. § 1361
16 (mandamus) and 28 U.S.C. § 1331 because plaintiff brings claims
17 under the National Environmental Policy Act of 1969 which
18 provides a private cause of action under the Administrative
19 Procedure Act, 5 U.S.C. §§ 701-706.  Venue is undisputed and is
20 hereby found to be proper.
21          IV.  DISCOVERY
22          The parties agree that this is a "record review" case
23 that does not require ordinary discovery or discovery deadlines.
24 Defendants shall lodge the Administrative Record no later than
25 June 29, 2012.
26          V.   MOTION HEARING SCHEDULE
27          Plaintiff shall file any objections to the
28 Administrative Record by July 30, 2012.  Plaintiff shall file its

motion for summary judgment no later than August 31, 2012. Defendants shall file their cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment no later than September 28, 2012.  Plaintiff shall file its reply to defendants' opposition to the motion for summary judgment and opposition to the cross-motion for summary judgment no later than October 26, 2012.  Defendants shall file their reply to plaintiff's opposition to the cross-motion for summary judgment no later than November 16, 2012.  The court will hear oral arguments for the cross-motions for summary judgment on December 4, 2012, at 9:00 a.m. in Courtroom No. 5.  Because the aforementioned briefing schedule differs from the Local Rules, plaintiff must state the briefing schedule, with the applicable deadlines, in plaintiff's notice of motion for summary judgment.

Because the parties have indicated that the case can be resolved without discovery and will instead consist of cross-motions for summary judgment based on the administrative record, the parties are granted relief from Local Rule 260(a), which requires that a motion for summary judgment be accompanied by a "Statement of Undisputed Facts."

VI.   PRETRIAL CONFERENCE AND TRIAL

The court will not set this matter for final Pretrial Conference or trial unless the matter is not entirely resolved on the cross-motions for summary judgment.  This Order shall constitute the court's final Pretrial Order, pursuant to Rule 16(d) of the Federal Rules of Civil Procedure.  If, after the court rules on the motions for summary judgment, counsel for any party believes there are any further matters that need to be

3

addressed or resolved, they shall so notify the court, in writing, no later than ten court days after the court's ruling on the motions.  If no such notice is filed, the case will be closed as of that time.

### VII. MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

DATED: May 8, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE