1  BRENDA W. DAVIS, State Bar No. 133087
   THE BRENDA DAVIS LAW GROUP
2  1990 Third Street, Suite 400
   Sacramento, California 95811
3  Telephone:   (916) 341-7400
   Facsimile:    (916) 341-7410
4  bdavis@bwdlawgroup.com

5  Attorneys for Plaintiff
   Center for Environmental Science Accuracy & Reliability

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE ACCURACY & RELIABILITY, a California nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH LEE SALAZAR, as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; DAN ASHE, as Director of the UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR; RENNE LOHOEFENER, as Regional Director of the UNITED STATES FISH AND WILDLIFE SERVICE, PACIFIC SOUTHWEST REGION, UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　　　Defendants. | Case No. 2:11-CIV-S-02511  WBS KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Complaint Filed: September 22, 2011<br><br>Trial Date: None |

　　　　It is hereby stipulated by and between Plaintiff CENTER FOR ENVIRONMENTAL

SCIENCE ACCURACY & RELIABILITY and Defendants KENNETH LEE SALAZAR, as Secretary

of the United States Department of the Interior, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, DAN ASHE, as Director of the United States Fish and Wildlife Service, United States Department of the Interior, and RENNE LOHOEFENER, as Regional Director of the United States Fish & Wildlife Service, Pacific Southwest Region, United States Department of the Interior, by and through their respective counsel, who is authorized to enter into this stipulation, that Plaintiff CENTER FOR ENVIRONMENTAL SCIENCE ACCURACY& RELIABILITY's Complaint against Defendants KENNETH LEE SALAZAR, as Secretary of the United States Department of the Interior, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, DAN ASHE, as Director of the United States Fish and Wildlife Service, United States Department of the Interior, and RENNE LOHOEFENER, as Regional Director of the United States Fish & Wildlife Service, Pacific Southwest Region, United States Department of the Interior, and each of them, shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

It is further agreed that Plaintiff CENTER FOR ENVIRONMENTAL SCIENCE ACCURACY & RELIABILITY, Defendants KENNETH LEE SALAZAR, as Secretary of the United States Department of the Interior, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, DAN ASHE, as Director of the United States Fish and Wildlife Service, United States Department of the Interior, and RENNE LOHOEFENER, as Regional Director of the United States Fish & Wildlife Service, Pacific Southwest Region, United States Department of the Interior, and each of them, hereby mutually waive any claim for costs or fees they may have against each other related to CENTER FOR ENVIRONMENTAL SCIENCE ACCURACY & RELIABILITY's Complaint.

Dated: July 30, 2012         THE BRENDA DAVIS LAW GROUP

By: _____/s/ *Brenda W. Davis*
Brenda W. Davis
Attorneys for Plaintiff CENTER FOR ENVIRONMENTAL SCIENCE ACCURACY & RELIABILITY

Dated: July 30, 2012

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL & NATURAL RESOURCES DIVISION
NATURAL RESOURCES SECTION

By: _____/s/ *Gregory D. Page*
Gregory D. Page, Trial Attorney, U.S. Department of Justice
Attorneys for Defendants KENNETH LEE SALAZAR, as Secretary of the United States Department of the Interior, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, DAN ASHE, as Director of the United States Fish and Wildlife Service, United States Department of the Interior, and RENNE LOHOEFENER, as Regional Director of the United States Fish & Wildlife Service, Pacific Southwest Region, United States Department of the Interior

**ORDER**

IT IS SO ORDERED.

Dated: July 31, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE